KELLEN JOHN CLARKE
**FULL NAME**
SAME
**COMMITTED NAME (if different)**
SAN LUIS OBISPO JAIL
**FULL ADDRESS INCLUDING NAME OF INSTITUTION**
1585 KANSAS AVENUE
SAN LUIS OBISPO, CA. 93405
**PRISON NUMBER (if applicable)**
401395



FILED
CLERK, U.S. DISTRICT COURT

9/4/20

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CS___ DEPUTY

RELATED DDJ

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

KELLEN JOHN CLARKE

PLAINTIFF,

AN LUIS OBISPO COUNTY SHERIFF DEPT.
WELLPATH MEDICAL GROUP

DEFENDANT(S).

CASE NUMBER

CV20-8205-ODW(MRW)
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** (Check one)
■ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ■Yes  ☐ No

2. If your answer to "1." is yes, how many? (2) TWO   DENIAL OF ACCESS TO COURTS
   ATASCADERO POLICE EX. FORCE

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

ADDITIONAL SAN LUIS OBISPO SHERIFF DEPARTMENT DEFENDANTS:

CORRECTIONAL OFFICER S. SANTIAGO, C.O. M. NOTTONKAMPER, C.O. ELLIS, C.O. D. RORABOUGH, C.O. A. LUNHA, C.O. E. GARCIA, C.O. DWYER-GILJOUS, C.O. DOSS, SGT. J. HUSKEY, SGT. A. SPILLER, SGT. J. RAN, WELLPATH NURSE PRACTIONER (JANE DOE), WELLPATH MEDICATION TECHNICIAN (BRENDA DOE), WELLPATH MEDICATION TECHNICIAN (TERRI DOE), C.O. DANDEKAR, C.O. GREER, C.O. C. RAMOS, C.O. C. CARDENAS, SGT. WILLEY, SGT. J. MAYES

1

a. Parties to this previous lawsuit:
Plaintiff _KELLEN JOHN CLARKE_

Defendants _SHERIFF IAN PARKINSON_

b. Court _UNITED STATES, CENTRAL DISTRICT OF CALIF._

c. Docket or case number _N/A_

d. Name of judge to whom case was assigned _N/A_

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it
appealed? Is it still pending?) _SUMMARY JUDGEMENT_

f. Issues raised: _DENIAL OF ACCESS TO COURTS_

g. Approximate date of filing lawsuit: _JULY 17, 2018_

h. Approximate date of disposition _N/A_

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint
occurred? ■ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes   ■ No

If your answer is no, explain why not. _THEY DO NOT RESPOND TO THE GRIEVANCE REQUEST._

3. Is the grievance procedure completed? ☐ Yes   ■ No

If your answer is no, explain why not _WOULD NOT PROVIDE ME WITH A GRIEVANCE FORM._

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _KELLEN JOHN CLARKE_
(print plaintiff's name)
who presently resides at _SAN LUIS OBISPO COUNTY JAIL_,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
_SAN LUIS OBISPO COUNTY JAIL_
(institution/city where violation occurred)

(A) RAPE     (B) ASSAULT/E.O.F.     (C) DENIED MEDICAL CARE

on (date or dates)  2-26-2020   3-4-2020   T.H.7, 7-18, 7-19-2020
(Claim I)      (Claim II)         (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

(A) 1. Defendant  S. SANTIAGO  resides or works at
(full name of first defendant)
1585 KANSAS AVE., SAN LUIS OBISPO, CA 93405
(full address of first defendant)
SAN LUIS OBISPO SHERIFF CORRECTIONAL OFFICER
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ■ individual ■ official capacity.

Explain how this defendant was acting under color of law:
C.O. S. SANTIAGO VIOLATED INMATE CLARKE'S
CIVIL RIGHTS WHILE ON DUTY FOR THE SHERIFF DEPT.

(A) 2. Defendant  M. NOTTONKAMPER  resides or works at
(full name of first defendant)
1585 KANSAS AVE., SAN LUIS OBISPO, CA. 93405
(full address of first defendant)
SAN LUIS OBISPO SHERIFF CORRECTIONAL OFFICER
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ■ individual ■ official capacity.

Explain how this defendant was acting under color of law:
C.O. M. NOTTONKAMPER VIOLATED INMATE CLARKE'S
CIVIL RIGHTS WHILE ON DUTY FOR THE SHERIFF DEPT.

(A) 3. Defendant  ELLIS  resides or works at
(full name of first defendant)
1585 KANSAS AVE, SAN LUIS OBISPO, CA. 93405
(full address of first defendant)
SAN LUIS OBISPO SHERIFF CORRECTIONAL OFFICER
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ■ individual ■ official capacity.

Explain how this defendant was acting under color of law:
C.O.   ELLIS VIOLATED INMATE CLARKE'S CIVIL
RIGHTS WHILE ON DUTY FOR THE SHERIFF DEPT.

(D)  OBSTR. DUE PR.   (E) ACCESS TO CRTS.   (F) TERRORISTIC THRE.

on (date or dates) 7-1-2020 (Claim D) IV  8-4-2020 (Claim E) V  8-22-2020 (Claim F) VI

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

(B) 4 V. Defendant D, RORABOUGH
(full name of first defendant) _____ resides or works at
1585 KANSAS AVE., SAN LUIS OBISPO, CA. 93405
(full address of first defendant)
SAN LUIS OBISPO SHERIFF CORRECTIONAL OFFICE
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ■ individual ■ official capacity.

Explain how this defendant was acting under color of law:
C.O. RORABOUGH VIOLATED INMATE, CLARKE'S CIVIL RIGHTS WHILE ON DUTY FOR THE SHERIFF DEPT.

(B) 5 V. Defendant E, GARCIA
(full name of first defendant) _____ resides or works at
1585 KANSAS AVE, SAN LUIS OBISPO, CA 93405
(full address of first defendant)
SAN LUIS OBISPO SHERIFF CORRECTIONAL OFFICE
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ■ individual ■ official capacity.

Explain how this defendant was acting under color of law:
C.O. E. GARCIA VIOLATED INMATE CLARKE'S CIVIL RIGHTS WHILE ON DUTY FOR THE SHERIFF DEPT.

(B) 6 V. Defendant A, CUNHA
(full name of first defendant) _____ resides or works at
1585 KANSAS AVE, SAN LUIS OBISPO, CA 93405
(full address of first defendant)
SAN LUIS OBISPO SHERIFF CORRECTIONAL OFFICER
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ■ individual ■ official capacity.

Explain how this defendant was acting under color of law:
C.O. A. CUNHA VIOLATED INMATE, CLARKE'S CIVIL RIGHTS WHILE ON DUTY FOR THE SHERIFF DEPT.

(b) 7. Defendant **JANE DOE (NURSE PRACTIONER)** resides or works at
(full name of first defendant)
**1585 KANSAS AVE. SAN LUIS OBISBO, CA 93405**
(full address of first defendant)
**NURSE PRACTIONER FOR WELLPATH MEDICAL**
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ■ individual ■ official capacity.

Explain how this defendant was acting under color of law:
**NURSE PRACTIONER JANE DOE VIOLATED INMATE CLARKE'S CIVIL RIGHTS WHILE ON DUTY FOR WELLPATH**

(c) 8. Defendant **BRENDA DOE (MEDICATION TECH)** resides or works at
(full name of first defendant)
**1585 KANSAS AVE. SAN LUIS OBISBO, CA. 93405**
(full address of first defendant)
**MEDICATION TECHNICIAN FOR WELLPATH**
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ■ individual ■ official capacity.

Explain how this defendant was acting under color of law:
**BRENDA "DOE" VIOLATED INMATE CLARKE'S CIVIL RIGHTS WHILE ON DUTY FOR WELLPATH MEDICAL**

NOTE: FULL NAMES OF WELLPATH MEDICAL GROUP EMPLOYEES HAVE NOT BEEN SUBPEONED YET. THE SAME IS FOR THE CORRECTIONAL OFFICERS MENTIONED. ALTHOUGH, THERE ARE NOT ANY TWO OR MORE OFFICERS WITH THE SAME LAST NAME.

(a) 9. d. Defendant **TERRY DOE (MEDICATION TECH)** resides or works at
(full name of first defendant)
**1585 KANSAS AVE, SAN LUIS OBISPO, CA, 93405**
(full address of first defendant)
**MEDICATION TECHNICIAN FOR WELLPATH**
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
**TERRY "DOE" VIOLATED INMATE CLARKE'S CIVIL RIGHTS WHILE ON DUTY FOR WELLPATH MEDICAL**

(c) 10. d. Defendant **DANDEKAR** resides or works at
(full name of first defendant)
**1585 KANSAS AVE, SAN LUIS OBISPO, CA 9344**
(full address of first defendant)
**SAN LUIS OBISPO SHERIFF CORRECTIONAL OFF.**
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
**C.O. DANDEKAR VIOLATED INMATE CLARKE'S CIVIL RIGHTS WHILE ON DUTY FOR THE SHERIFF DEP.**

(2) 11 ¾ Defendant GIEGER resides or works at
(full name of first defendant)
1585 KANSAS AVE, SAN LUIS OBISPO, CA. 93405
(full address of first defendant)
SAN LUIS OBISPO SHERIFF CORRECTIONAL OFFICER
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ■ individual ■ official capacity.

Explain how this defendant was acting under color of law:
L.O. DANGELAR VIOLATED INMATE CLARKE'S
CIVIL RIGHTS WHILE ON DUTY FOR THE SHERIFF DEP.

:) 12. ¾ Defendant C. RAMOS resides or works at
(full name of first defendant)
1585 KANSAS AVE, SAN LUIS OBISPO, CA. 93405
(full address of first defendant)
SAN LUIS OBISPO SHERIFF CORRECTIONAL OFFICER
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ■ individual ■ official capacity.

Explain how this defendant was acting under color of law:
C.O. RAMOS VIOLATED INMATE CLARKE'S
CIVIL RIGHTS WHILE ON DUTY FOR THE SHERIFF DEP.

(c) 13 ) Defendant C. CADENAS _____ resides or works at
(full name of first defendant)
1585 KANSAS AVE, SAN LUIS OBISPO, CA. 93405
(full address of first defendant)
SAN LUIS OBISPO SHERIFF CORRECTIONAL OFFICER
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ■ individual  ■ official capacity.

Explain how this defendant was acting under color of law:
C.O. CADENAS VIOLATED INMATE CLARKE'S
CIVIL RIGHTS WHILE ON DUTY FOR THE SHERIFF DEPT.

(d) 14 ) Defendant J. MAYES _____ resides or works at
(full name of first defendant)
1585 KANSAS AVE, SAN LUIS OBISPO, CA. 93405
(full address of first defendant)
SAN LUIS OBISPO SHERIFF SERGEANT C.O.
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ■ individual  ■ official capacity.

Explain how this defendant was acting under color of law:
SGT J. MAYES VIOLATED INMATE CLARKE'S
CIVIL RIGHTS WHILE ON DUTY FOR THE SHERIFF DEPT.

E) 15 f. Defendant WILLEY resides or works at

(full name of first defendant)

1585 KANSAS AVE, SAN LUIS OBISPO, CA. 93405

(full address of first defendant)

SAN LUIS OBISPO SHERIFF SERGEANT

(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ■ individual ■ official capacity.

Explain how this defendant was acting under color of law:

SGT. WILLEY VIOLATED INMATE CLARKE'S CIVIL RIGHTS WHILE ON DUTY FOR THE SHERIFF'S DEPT.

E) 16 g. Defendant J. RAU resides or works at

(full name of first defendant)

1585 KANSAS AVE, SAN LUIS OBISPO, CA. 93405

(full address of first defendant)

SAN LUIS OBISPO SHERIFF SERGEANT

(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ■ individual ■ official capacity.

Explain how this defendant was acting under color of law:

SGT. J. RAU VIOLATED INMATE CLARKE'S CIVIL RIGHTS WHILE ON DUTY FOR THE SHERIFF DEPT.

F) 17. DEFENDANT. J. HUSKEY

C)

1585 KANSAS AVE, SAN LUIS OBISPO, CA. 93405

SAN LUIS OBISPO SHERIFF SERGEANT

■ INDIVIDUAL ■ OFFICIAL CAPACITY

SGT, J. HUSKEY VIOLATED INMATE CLARKE'S CIVIL RIGHTS WHILE ON DUTY FOR THE SHERIFF DEPT.

on (date or dates) _____ . _____ . _____ .
              (Claim I)         (Claim II)        (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than
             five (5) defendants, make a copy of this page to provide the information for additional defendants.

(F)  18 Defendant _____ DWYER-GILFOUS _____ resides or works at
              (full name of first defendant)
     1585 KANSAS AVE, SAN LUIS OBISPO, CA. 93405
              (full address of first defendant)
     SAN LUIS OBISPO SHERIFF CORRECTIONAL OFFICER
              (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ■ individual  ■ official capacity.

Explain how this defendant was acting under color of law:
C.O.   DWYER-GILFOUS VIOLATED INMATE CLARKE'S
CIVIL RIGHTS WHILE ON DUTY FOR THE SHERIFF DEPT.

(F)  19 Defendant A.   SPILLER _____ resides or works at
              (full name of first defendant)
     1585 KANSAS, AVE, SAN LUIS OBISPO, CA. 93405
              (full address of first defendant)
     SAN LUIS OBISPO SHERIFF SERGEANT
              (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ■ individual  ■ official capacity.

Explain how this defendant was acting under color of law:
SGT. A.   SPILLER VIOLATED INMATES CLARKE'S
CIVIL RIGHTS WHILE ON DUTY FOR THE SHERIFF DEPT.

(F)  20 Defendant _____ DOSS _____ resides or works at
              (full name of first defendant)
     1585 KANSAS AVE, SAN LUIS OBISPO, CA. 9340
              (full address of first defendant)
     SAN LUIS OBISPO SHERIFF CLASSIFICATION OFFICER
              (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ■ individual  ■ official capacity.

Explain how this defendant was acting under color of law:
C.O.   DOSS, VIOLATED INMATE CLARKE'S
CIVIL RIGHTS WHILE ON DUTY FOR SHERIFF DEPT.

**D. CLAIMS***

(A)

**CLAIM I**

The following civil right has been violated:

8TH AMENDMENT RIGHT TO BE FREE
FROM THE INFLICTION OF CRUEL
AND UNUSUAL PUNISHMENT INVOLVING
RAPE, KIDNAPPING, MENTAL AND
EMOTIONAL TORTURE.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

ON THE MORNING OF FEBRUARY 26, 2020, BETWEEN
6:00 AND 10:00 HOURS, CORRECTIONAL OFFICERS, S. SANTIAGO
AND M. NOTTONKAMPER ENTERED CLARKE'S CELL WHERE
THEY BOUND AND TIED CLARKE WITH CHAINS. AS THE
INMATE WAS BEING MOVED FROM HIS CELL, HE FELT AN
OBJECT BEGIN TO ENTER HIS RECTUM WHICH LASTED
FOR ONLY A FEW MOMENTS. CLARKE WAS THEN LED TO
ANOTHER AREA OF THE JAIL WHICH HE FEELS SUBSTAN-
TIALLY INCREASED HIS RISK OF HARM, AND WAS PLACED
INSIDE A ROOM THE SIZE OF A UTILITY CLOSET. AN
OFFICER   ELLIS WOULD STOP BY FREQUENTLY AND
ASK CLARKE IF HE WAS, OR HAD ALREADY EXPER-
IENCED A PSYCHOTIC EPISODE AND THEN LAUGH.
CLARKE WAS UNBOUND AND LED BACK TO HIS CELL.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

**E. REQUEST FOR RELIEF**                        CLAIM I

I believe that I am entitled to the following specific relief:

MONETARY COMPENSATION FOR THE EMOTIONAL DISTRESS I HAVE SUFFERED DUE TO THE ACTIONS OF THE SAN LUIS OBISPO COUNTY SHERIFF DEPARTMENT CORRECTIONAL OFFICERS ACTIONS ALONG WITH PUNITIVE DAMAGES TO BE DECIDED BY A JUDGE OR JURY. A REQUEST FROM THE COURT TO THE CRIMINAL DIVISION OF THE UNITED STATES DEPARTMENT OF JUSTICE TO BEGIN AND CONDUCT AN INVESTIGATION INTO THE MATTER.

8-20-2020
(Date)                    (Signature of Plaintiff)

**D. CLAIMS***

(B)

CLAIM II

The following civil right has been violated:

4TH AMENDMENT RIGHT TO BE FREE FROM THE INFLICTION OF CRUEL AND UNUSUAL PUNISHMENT INVOLVING ASSAULT WITH EXCESSIVE FORCE. 1ST AMENDMENT RIGHT TO BE FREE FROM THE RETALIATION OF GRIEVANCES

Supporting Facts:  Include all facts you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

ON THE MORNING OF MARCH 4, 2020, BETWEEN 6:00 AND 8:30 HOURS, CORRECTIONAL OFFICERS, D. PORABOUGH, E. GARCIA AND A. CUNHA ASSAULT-ED INMATE CLARKE WHILE PLACING SHACKLES ON HIM PRIOR TO COURT. THE ASSAULT WAS RET-ALIATION DUE TO INMATE CLARKE SUSTAINING A RAPE, KIDNAPPING AND MENTAL AND EMOT-IONAL TORTURE ONE WEEK PRIOR AND REPORT-ING THE INCIDENTS TO THE SAN LUIS OBISPO SHERIFF'S CORRECTIONAL ADMINISTRATION. CLASSIF-ICATION AT THE JAIL COVERED UP THE ASSAULT BY CLAIMING THAT CLARKE HAD ATTEMPTED TO ASSAULT ONE OF THE OFFICERS AND HAD IN-CREASED CLARKE'S CLASSIFICATION.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

**E. REQUEST FOR RELIEF**                    *CLAIM II*

I believe that I am entitled to the following specific relief:

MONETARY COMPENSATION FOR THE
EMOTIONAL DISTRESS AND PHYSICAL PAIN
I HAVE SUFFERED DUE TO THE ACTIONS
OF THE SAN LUIS OBISPO COUNTY
SHERIFF DEPARTMENT CORRECTIONAL
OFFICER'S ACTIONS ALONG WITH PUNITIVE
DAMAGES TO BE DECIDED BY A JUDGE
OR JURY. A REQUEST FROM THE
COURT TO THE CRIMINAL DIVISION
OF THE UNITED STATES DEPARTMENT
OF JUSTICE TO BEGIN AND CONDUCT
AN INVESTIGATION INTO THE MATTER

8-30-2020
_____
(Date)

_____
(Signature of Plaintiff)

**D. CLAIMS\***

CLAIM III

The following civil right has been violated:

8TH AMENDMENT RIGHT TO BE FREE
FROM THE CRUEL AND UNUSUAL, WILLFUL
AND WANTON INFLICTION OF PAIN AND
SUFFERING DUE TO A DENIAL OF
MEDICAL CARE. 1ST AMENDMENT RIGHT
TO BE FREE FROM THE RETALIATION
OF GRIEVANCES.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

ON FEBRUARY 5, 2020, INMATE CLARKE REQUEST-
ED OF WELLPATH MEDICAL GROUP AND THE SAN
LUIS OBISPO COUNTY JAIL FOR MEDICAL CARE
FOR HIS BRAIN CANCER. AS OF AUGUST 30, 2020
CLARKE HAS NOT RECEIVED CARE. ON 7/17, 7/18
C.O. C. RAMOS REFUSED TO RESPOND TO NUMEROUS
EMERGENCY CALLS FROM CLARKE'S CELL. CLARKE
HAD LOST CONSCIOUSNESS SEVERAL TIMES. ON
7/17, 7/18, 7/19 WELLPATH STAFF REFUSED TO PICK
UP MEDICAL REQUESTS FROM INMATE CLARKE.
ON 7/19/2020 INMATE CLARKE OBSERVED C.O.
K. CADENAS STOMPING ON CLARKE'S MEDICAL
REQUEST AS A WELLPATH NURSE PRACTIONER
LOOKED ON.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

**E. REQUEST FOR RELIEF**                    CLAIM III

I believe that I am entitled to the following specific relief:

PLEASE REFER TO THE PREVIOUS
REQUESTS FOR RELIEF AS THE
SAME YET WITH WELLPATH MEDICAL
GROUP AND THEIR EMPLOYEES
INCLUDED.

8-30-2020

(Date)

(Signature of Plaintiff)

**D. CLAIMS***

CLAIM **IV**

The following civil right has been violated:

14TH AMENDMENT RIGHT TO DUE
PROCESS OF LAW.

1ST AMENDMENT RIGHT TO BE
FREE FROM THE RETALIATION
OF GRIEVANCES.

4TH AMENDMENT AGAINST FALSE
IMPRISONMENT.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

ON JULY 1, 2020, CLARKE WAS SENTENCED
TO STATE PRISON WHERE HE WOULD BE SERVING
½ OF HIS SENTENCE OF 3 YEARS, EXCLUDING
1 YEAR FOR A PRISON PRIOR. AS OF 8-30-2020,
SGT J MAYES AND THE SAN LUIS OBISPO JAIL
HAS REFUSED TO SEND THE COURT PAPERWORK
TO THE CALIFORNIA DEPARTMENT OF CORRECTIONS
AND REHABILITATION PLACING CLARKE IN
A STATE OF INCARCERATED "LIMBO" AND
EXTINGUISHING HIS DUE PROCESS OF LAW.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

CV-66 (7/97)                    **CIVIL RIGHTS COMPLAINT**

17

### E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

PLEASE REFER TO THE PREVIOUS
REQUESTS FOR RELIEF AS THE
SAME EXCLUDING WELLPATH
MEDICAL GROUP AND EMPLOYEES.

_____          _____
8-30-2020                                                  Kelly A Drake
(Date)                                                     (Signature of Plaintiff)

## D. CLAIMS*

CLAIM I.

The following civil right has been violated:

14TH AMENDMENT DUE PROCESS OF LAW

6TH AMENDMENT ACCESS TO THE COURTS

1ST AMENDMENT; AGAINST RETAL-IATION OF GRIEVANCES

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

ON AUGUST 4, 2020, SGT WILLEY DENIED CLARKE THE LEGAL RESOURCES OF THE JAIL TO FILE A CIVIL COMPLAINT WITH THE UNITED STATES DISTRICT COURTS 2 LOCAL STAY-AWAY PETITIONS AND A STATE LAWSUIT. ON AUGUST 25, 2020, CLASSIFICATION FROZE CLARKE'S POSTAGE COMMISSARY SO THAT HE COULD NOT ACCESS THE COURTS. SGT. LAW STOPPED LEGAL MAIL THAT CONTAINED INCRIMINATING EVIDENCE AGAINST THE SAN LUIS OBISPO SHERIFF'S DEPARTMENT

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

CV-66 (7/97)                    CIVIL RIGHTS COMPLAINT



**E. REQUEST FOR RELIEF**                    *CLAIM I*

I believe that I am entitled to the following specific relief:

*PLEASE REFER TO CLAIM I*
*RELIEF AS SAME.*

_8-30-2020_
(Date)

_Kelly Poole_
(Signature of Plaintiff)

CLAIM VI

CLAIMS

8TH AMENDMENT RIGHT TO
BE FREE FROM CRUEL AND UNUSUAL
PUNISHMENT AND TERRORISTIC

THREATS

1ST AMENDMENT RIGHT
TO BE FREE FROM RETALIATION
OF GRIEVANCES.

SUPPORTING FACTS: ON 8-22-2020, 13:15 HOURS,
C.O. DWYER-GILJOUS INTERVENED AND
CONCLUDED ONE OF INMATE CLARKE'S MEN
TAL HEALTH SESSIONS AND TOLD HIM "THAT
WHAT HE NEEDED, WAS TO GET BUMPED
UP". SGT. J. HUSKEY LED CLARKE TO A
CELL WHICH CONTAINED HUMAN FECES AND
URINE. SGT SPIVEY INCREASED HIS CLASSIFICATION

21

CLAIM VI   REQUEST FOR RELIEF

PLEASE REFER TO THE
PREVIOUS CLAIMS FOR RELIEF
EXCLUDING WELLPATH AND THEIR
EMPLOYEES.

